| | QUAGLIANO & SEEGER, P.C. | |
|---|---|---|
| STEPHEN M. SEEGER<br>JULIE QUAGLIANO WESTEMEIER<br>JAMES J. FAUGHNAN<br>FRED A. MENDICINO<br>SETH A. ROBBINS<br>MICHAEL C. ZISA*<br>ABIYE TIBEBE*<br>MARC R. HERTRICK<br>CORIE M. THORNTON*<br>SCOTT C. HOFER<br><br>C. KELLY SKRABAK: OF COUNSEL | ATTORNEYS AT LAW<br>LAKESIDE AT LOUDOUN TECH CENTER III<br>21355 RIDGETOP CIRCLE, SUITE 110<br>DULLES, VIRGINIA 20166<br><br>TELEPHONE: (571) 434-7590<br>FACSIMILE: (571) 434-9006<br><br>WEB SITE: www.quagseeg.com | WASHINGTON, DC OFFIC<br>2620 P STREET, NW<br>WASHINGTON, DC 2000<br><br>TEL (202) 822-8838<br>FAX. (202) 822-6982<br><br>*NOT ADMITTED IN VIRGINI |

April 4, 2006

**Via Federal Express**
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02117

Bowen Building L.P.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Bowen Building L.P.
c/o The Kaempfer Co.
1501 K Street NW, Suite 300
Washington, DC 20005

   **Project: Bowen Building, 875 15th St. NW, Washington, DC 20005**
   **Payment Bond No.: 17010096**
   **Bond Principal: Sigal Construction Corporation**
   **Bond Claimant: Power Services, Inc.**

Dear Sir or Madam:

  This firm represents Power Services, Inc. ("PSI") in regard to the above referenced project (hereinafter, the "Project"). In accordance with the Payment Bond issued for the Project, Bond No. 17010096 (hereinafter, the "Bond"), you are hereby notified that a claim is being made under the Bond. The amount of PSI's claim is for $1,323,630.00, exclusive of interest. This amount represents the sums due and owing to PSI from Sigal Construction Corporation for labor and materials PSI provided to the Project.

  Please contact the undersigned if you require further information.

          Very truly yours,

          QUAGLIANO & SEEGER, P.C.

          Marc R. Hertrick, Esq.

EXHIBIT C

| | | |
|---|---|---|
| STEPHEN M. SEEGER<br>JULIE QUAGLIANO WESTEMEIER<br>JAMES J. FAUGHNAN<br>FRED A. MENDICINO<br>SETH A. ROBBINS<br>MICHAEL C. ZISA*<br>ABIYE TIBEBE*<br>MARC R. HERTRICK<br>CORIE M. THORNTON*<br>SCOTT C. HOFER<br><br>C. KELLY SKRABAK: OF COUNSEL | **QUAGLIANO & SEEGER, P.C.**<br>ATTORNEYS AT LAW<br>LAKESIDE AT LOUDOUN TECH CENTER III<br>21355 RIDGETOP CIRCLE, SUITE 110<br>DULLES, VIRGINIA 20166<br><br>TELEPHONE: (571) 434-7590<br>FACSIMILE: (571) 434-9006<br><br>WEB SITE: www.quagseeg.com | WASHINGTON, DC OFFI<br>2620 P STREET, NW<br>WASHINGTON, DC 2000<br><br>TEL. (202) 822-8838<br>FAX. (202) 822-6982<br><br>*NOT ADMITTED IN VIRGIN |

April 4, 2006

**Via Federal Express**
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02117

Bowen Building L.P.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Bowen Building L.P.
c/o The Kaempfer Co.
1501 K Street NW, Suite 300
Washington, DC 20005

   **Project: Bowen Building, 875 15th St. NW, Washington, DC 20005**
   **Payment Bond No.: 17010096**
   **Bond Principal: Sigal Construction Corporation**
   **Bond Claimant: Power Services, Inc.**

Dear Sir or Madam:

  This firm represents Power Services, Inc. ("PSI") in regard to the above referenced project (hereinafter, the "Project"). In accordance with the Payment Bond issued for the Project, Bond No. 17010096 (hereinafter, the "Bond"), you are hereby notified that a claim is being made under the Bond. The amount of PSI's claim is for $1,323,630.00, exclusive of interest. This amount represents the sums due and owing to PSI from Sigal Construction Corporation for labor and materials PSI provided to the Project.

  Please contact the undersigned if you require further information.

            Very truly yours,

            QUAGLIANO & SEEGER, P.C.

            Marc R. Hertrick, Esq.

| | | |
|---|---|---|
| STEPHEN M. SEEGER<br>JULIE QUAGLIANO WESTEMEIER<br>JAMES J. FAUGHNAN<br>FRED A. MENDICINO<br>SETH A. ROBBINS<br>MICHAEL C. ZISA*<br>ABIYE TIBEBE*<br>MARC R. HERTRICK<br>CORIE M. THORNTON*<br>SCOTT C. HOFER<br><br>C. KELLY SKRABAK: OF COUNSEL | QUAGLIANO & SEEGER, P.C.<br>ATTORNEYS AT LAW<br>LAKESIDE AT LOUDOUN TECH CENTER III<br>21355 RIDGETOP CIRCLE, SUITE 110<br>DULLES, VIRGINIA 20166<br><br>TELEPHONE: (571) 434-7590<br>FACSIMILE: (571) 434-9006<br><br>WEB SITE: www.quagseeg.com | WASHINGTON, DC OFFI<br>2620 P STREET, NW<br>WASHINGTON, DC 200C<br><br>TEL (202) 822-8838<br>FAX. (202) 822-6982<br><br>*NOT ADMITTED IN VIRGIN |

April 4, 2006

**Via Federal Express**
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02117

Bowen Building L.P.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Bowen Building L.P.
c/o The Kaempfer Co.
1501 K Street NW, Suite 300
Washington, DC 20005

   **Project: Bowen Building, 875 15th St. NW, Washington, DC 20005**
   **Payment Bond No.: 17010096**
   **Bond Principal: Sigal Construction Corporation**
   **Bond Claimant: Power Services, Inc.**

Dear Sir or Madam:

   This firm represents Power Services, Inc. ("PSI") in regard to the above referenced project (hereinafter, the "Project"). In accordance with the Payment Bond issued for the Project, Bond No. 17010096 (hereinafter, the "Bond"), you are hereby notified that a claim is being made under the Bond. The amount of PSI's claim is for $1,323,630.00, exclusive of interest. This amount represents the sums due and owing to PSI from Sigal Construction Corporation for labor and materials PSI provided to the Project.

   Please contact the undersigned if you require further information.

            Very truly yours,

            QUAGLIANO & SEEGER, P.C.

            Marc R. Hertrick, Esq.