CO-386-online
10/03

# United States District Court
# For the District of Columbia

POWER SERVICES, INC.         )
                             )
                             )
                             )
            Plaintiff        )   Civil Action No._____
      vs                     )
                             )
LIBERTY MUTUAL INSURANCE     )
COMPANY                      )
                             )
            Defendant        )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Power Services, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  N/A  which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

#MD27198
BAR IDENTIFICATION NO.

Scott C. Hofer
Print Name

21355 Ridgetop Cir., Ste. 110
Address

Sterling        VA         20166
City            State      Zip Code

(571) 434-7590
Phone Number