UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER SERVICES, INC., )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, )<br>)<br>    Defendant. )<br>_____ ) | Case No.: 1:06CV00661<br>Judge: Richard W. Roberts |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Plaintiff, Power Services, Inc. ("PSI"), and Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby submit this consent motion for extension of time for Liberty Mutual to file responsive pleadings and state as follows:

1.   The claims that are the subject of the captioned lawsuit are also the subject of a pending arbitration under the administration of the American Arbitration Association (PSI v. Sigal, AAA 16 110 Y 00013 06) and an action that has been stayed in the Superior Court of the District of Columbia (Civil Action No. 05-0007862, Judge Anna Blackburne-Rigsby).

2.   PSI filed the instant action to preserve certain payment bond remedies against Liberty Mutual. However, the parties are currently negotiating the terms of a stipulation that calls for dismissal of the captioned action, without prejudice, together with a tolling of the statute of limitations. At present, the terms have not been fully

negotiated and approved, but the parties are optimistic that an agreement will be reached in the near future

3.  Accordingly, the parties have agreed to extend the time in which Liberty Mutual's responsive pleadings are due, which date is June 15, 2006. A proposed order accompanies this motion.

Dated: June 9, 2006

Respectfully Submitted,

_____
Jeffrey G. Gilmore (D.C. #388362)
Simon J. Santiago (D.C. #461742)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: jgilmore@wickwire.com
**Counsel for Liberty Mutual Insurance Company**

_____
Scott C. Hofer
Fred Mendicino
Quagliano & Seeger, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166
Tel: (571) 434-7590
Fax: (571) 434-9006
Email: hofer@quagseeg.com
**Counsel for Power Services, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of June, 2006, served a true copy of the foregoing, via facsimile and first-class mail, postage prepaid, on Scott C. Hofer, Counsel for Power Services, Inc., Quagliano & Seeger, P.C., 21355 Ridgetop Circle, Suite 110, Dulles, VA 20166.

_____
Jeffrey G. Gilmore

G:\CLIENTS\19\190141\210\Pleadings\Consent Motion for Time Extension-6-08-06.doc