UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWER SERVICES, INC.,** | ) |
| **Plaintiff,** | ) ) ) ) ) |
| v. | ) Case No.:  1:06CV00661 ) Judge:  Richard W. Roberts ) |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | ) ) ) ) |
| **Defendant.** | ) ) |

## PROPOSED ORDER

This matter, having been considered, upon a Consent Motion For Extension of Time to File Responsive Pleadings and, it appearing to this Court that an extension is warranted, it is hereby

ADJUDGED, DECREED AND ORDERED that the time for Defendant Liberty Mutual Insurance Company to file its responsive pleadings to the Complaint filed by Plaintiff Power Services, Inc. is hereby extended to June 15, 2006.

Dated: _____    _____
Judge
United States District Court for the
District of Columbia

**Copies to:**

Jeffrey G. Gilmore
Simon J. Santiago
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: jgilmore@wickwire.com
Email: ssantiago@wickwire.com
*Counsel for Liberty Mutual Insurance Company*


Scott C. Hofer
QUAGLIANO & SEEGER, P.C.
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166
Tel: (571) 434-7590
Fax: (571) 434-9006
Email: hofer@quagseeg.com
*Counsel for Power Services, Inc..*


G:\CLIENTS\19\190141\210\Pleadings\Proposed Order - Consent Motion to Extend-06-08-06doc.doc