UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:06CV00661 |
| | ) Judge: Richard W. Roberts |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Power Services, Inc., and Defendant, Liberty Mutual Insurance Company, by counsel, jointly agree to the dismissal without prejudice of the captioned action. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this stipulation of dismissal without prejudice has been signed by all of the parties who have appeared in the action. Each party to bear its own costs and attorney's fees.

DATED: June 23, 2006

So Ordered:

Dated: _____

_____
Judge
United States District Court for the
District of Columbia

**Seen and agreed:**

*[signature]*
Jeffrey G. Gilmore (D.C. #388362)
Simon J. Santiago (D.C. #461742)
WICKWIRE GAVIN, P.C.
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801
Email: ssantiago@wickwire.com
***Counsel for Liberty Mutual Insurance Company***

*Scott C. Hofer (w/ consent to vre-Hetrick 4b8)*
Scott C. Hofer (MD #27198)
Fred Mendicino
Marc R. Hertrick
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Tel: (202) 822-8838
Fax: (202) 822-6982
Email: hofer@quagseeg.com
***Counsel for Power Services, Inc..***