UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06CV00661 |
| | ) Judge: Richard W. Roberts |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

Case 1:06-cv-00661-RWR    Document 4    Filed 06/23/2006    Page 1 of 2

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Power Services, Inc., and Defendant, Liberty Mutual Insurance Company, by counsel, jointly agree to the dismissal without prejudice of the captioned action. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this stipulation of dismissal without prejudice has been signed by all of the parties who have appeared in the action. Each party to bear its own costs and attorney's fees.

DATED: June 23, 2006

Dated: 6/26/06

So Ordered:

_____
Judge
United States District Court for the
District of Columbia